**John S. STRITZINGER,
Plaintiff–Appellant,**

v.

**BANK OF AMERICA; Vernon Wright,
Defendants–Appellees.**

No. 14–2356.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 18, 2016.

Decided: May 20, 2016.

John S. Stritzinger, Appellant Pro Se.

Before SHEDD, DIAZ, and HARRIS,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John S. Stritzinger appeals the district
court's order adopting the magistrate
judge's recommendation and dismissing
his complaint without prejudice for failing
to comply with a court order.* On appeal,
we confine our review to the issues raised
in the Appellant's brief. *See* 4th Cir. R.
34(b). Because Stritzinger's informal brief
does not challenge the basis for the district
court's disposition, Stritzinger has forfeit-
ed appellate review of the court's order.
Accordingly, we grant Stritzinger leave to
proceed in forma pauperis, deny the mo-
tion to remand, and affirm the district

court's judgment. We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*AFFIRMED*

---

* We conclude that Stritzinger timely filed his
notice of appeal. *See Houston v. Lack,* 487
U.S. 266, 276, 108 S.Ct. 2379, 101 L.Ed.2d
245 (1988).